Opinion issued March 15, 2007














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00166-CV

____________


IN RE CRANE CO., Relator






Original Proceeding on Petition for Writ of Mandamus





MEMORANDUM OPINION


 Relator, Crane Co., has filed a petition for writ of mandamus complaining of
Judge Davidson's (1) November 3, 2006 order denying its motion to dismiss on grounds
of forum non conveniens. 

 We deny the petition for writ of mandamus. See Tex. R. App. P. 52.8 (a),(d).

PER CURIAM


Panel consists of Justices Taft, Alcala, and Hanks. 
1. The Honorable Mark Davidson, judge of the 11th District Court of Harris
County, Texas. The underlying lawsuit is Austin Richards & Gwendolyn
Richards v. Acrowood Corp., et al., trial court cause no. 2006-22116.